DIANE CARTER et al., Appellants, v CITY OF NEW YORK, Respondent, et al., Defendant. (Action No. 1.) (And Another Action.)

SHARON SIMS, Appellant, v CITY OF NEW YORK, Respondent. (Action No. 3.)

Submitted August 27, 2007; decided December 13, 2007

Reported below, 38 AD3d 702.

Motion by the Carter appellants for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion by appellant Sims for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).